# United States District Court

## Eastern District of California

UNITED STATES OF AMERICA

v.

**KRISTINA YOUNG**

(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**

(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)
Criminal Number: **2:05CR00096 -01**

**MATT SCOBLE, AFD**

Defendant's Attorney

## THE DEFENDANT:

[✔]  admitted guilt to violation of charge 1  as alleged in the violation petition filed on 10/19/2011 .

**ACCORDINGLY**, the court has adjudicated that the defendant is guilty of the following violation:

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 | NEW LAW VIOLATION | 5/25/2011 |

The court:  [✔] revokes supervision heretofore ordered on  6/7/2007 .

The defendant is sentenced as provided in pages 2 through  2  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

11/29/2011
Date of Imposition of Sentence

/s/ John A. Mendez
Signature of Judicial Officer

**JOHN A. MENDEZ**, United States District Judge
Name & Title of Judicial Officer

11/30/2011
Date

CASE NUMBER:    2:05CR00096 -01                                            Judgment - Page 2  of  2
DEFENDANT:         KRISTINA YOUNG

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of

      9 MONTHS, TO BE SERVED CONCURRENTLY WITH SENTENCE IMPOSED IN SAN JOAQUIN COUNTY, CALIFORNIA.

## NO TSR TO FOLLOW.

[ ]      The court makes the following recommendations to the Bureau of Prisons:

[✔]      The defendant is remanded to the custody of the United States Marshal.

[ ]      The defendant shall surrender to the United States Marshal for this district.
        [ ]  at ___ on ___.
        [ ] as notified by the United States Marshal.

[ ]      The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
        [ ] before _ on ___.
        [ ] as notified by the United States Marshal.
        [ ] as notified by the Probation or Pretrial Services Officer.
        If no such institution has been designated, to the United States Marshal for this district.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

      Defendant delivered on_____  to  _____

at _____ , with a certified copy of this judgment.

                                   _____
                                           UNITED STATES MARSHAL

                                  By  _____
                                         Deputy U.S.  Marshal